UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61119-CIV-GOLD/McALILEY

FRED MCGILVRARY, INC.,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND, et al.,

    Defendants.
_____/

### AMENDED ORDER CLOSING CASE; DISMISSING CLAIMS WITH PREJUDICE

THIS CAUSE comes before the Court on the Notice of Voluntary Dismissal with Prejudice [DE 8] filed by Plaintiff on September 10, 2008, in which Plaintiffs seek to dismiss its action against Defendants pursuant to Fed. R. Civ. P. 41(a)(1). Having reviewed the Notice, the file, and being otherwise duly advised in the premises, this case is dismissed with prejudice. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. This case is CLOSED.

2. This case is DISMISSED with prejudice.

DONE AND ORDERED in chambers at Miami, Florida, this 25th day of September, 2008.

                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
All Counsel of Record